# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Charles E. Smith, | : |
|     Plaintiff, | : |
|   v. | :   Case No. 2:08-cv-0648 |
| | :   JUDGE MARBLEY |
| Commissioner of Social Security, | |
| | : |
|     Defendant. | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 21, 2009 Order, the Commissioner's objections to the Report and Recommendation are OVERRULED, the Report and Recommendation is ADOPTED. The plaintiff's statement of errors is SUSTAINED, the decision of the Commissioner is REVERSED, and this case is REMANDED to the Commissioner for further proceedings pursuant to 42 U. S. D. §405(g), sentence four.

Date: **September 21, 2009**    **James Bonini, Clerk**

                                                            s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk